NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**POLARIS INNOVATIONS LIMITED,**
*Appellant*

**v.**

**UNITED STATES,**
*Intervenor*

---

2018-1768

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01621.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

Polaris Innovations Limited moves unopposed to dismiss the above-captioned appeal pursuant to Fed. R. App. P. 42(b) with each side to bear its own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                POLARIS INNOVATIONS LIMITED v. US

The motion is granted.

FOR THE COURT

June 3, 2022                          /s/ Peter R. Marksteiner
      Date                            Peter R. Marksteiner
                                      Clerk of Court

ISSUED AS A MANDATE:  June 3, 2022.